THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

# INDEX OF EXHIBITS

**Exhibit A**: Plaintiffs' First Set of Requests for Production to Defendants

**Exhibit B**: 11/29/23 email from Plaintiffs' counsel to Defendants' counsel

**Exhibit C**: 10/9/23 email from Plaintiffs' counsel to Defendants' counsel