*D.A., a minor, et al. v. Tri County Area Schools, et al.*

# Exhibit C to Pls.' Response in Opp. to Defs.' Motion to Extend Dates in Scheduling Order



Conor Fitzpatrick <conor.fitzpatrick@thefire.org>

## D.A. v. Tri-County Area Schools - Plaintiffs' Discovery Responses

**Conor Fitzpatrick** <conor.fitzpatrick@thefire.org>            Mon, Oct 9, 2023 at 6:53 PM
To: Tim Mullins <tmullins@gmhlaw.com>, John Miller <jmiller@gmhlaw.com>, Bunny Binno <ebinno@gmhlaw.com>, Annabel Shea <ashea@gmhlaw.com>
Cc: Adam Tragone <adam.tragone@thefire.org>, Maia Walker <maia.walker@thefire.org>

Counsel,

Attached, please find Plaintiffs' written responses and objections to Defendants' first set of discovery requests. Please also find Plaintiffs' production of documents in response to Defendants' first set of discovery requests. With respect to verification pages: our client is having tech difficulties getting scanned verification pages to us, but we're aiming to have those to you by the end of the week.

A final note: the document production contains the unredacted names of minors. We expect the minors' full names will be treated as confidential consistent with the parties' prior correspondence.

All the best,
Conor

---

Conor T. Fitzpatrick
Senior Attorney
Foundation for Individual Rights and Expression (FIRE)
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
215-717-3473, Ext. 235
Conor.Fitzpatrick@thefire.org

*Admitted in Michigan and Washington, D.C.

---

**3 attachments**


📄 **D.A. Responses and Objections to Defendants' First Set of Discovery Requests.pdf**
90K


📄 **X.A Responses and Objections to Defendants' First Set of Discovery Requests.pdf**
91K

📄 **D.A.'s First Production of Documents.pdf**
2044K