# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERD DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| D.A., a minor, by and through his mother B.A.; and X.A., a minor, by and through his mother B.A., | |
| *Plaintiffs*, | Case Number: 23-cv-423 |
| v. | Judge Paul L. Maloney |
| TRI COUNTY AREA SCHOOLS; ANDREW BUIKEMA, in his individual capacity; and WENDY BRADFORD, in her individual capacity, | Magistrate Judge Sally J. Berens |
| *Defendants*. | |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.3(b)(ii) FOR PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO EXTEND DATES IN SCHEDULING ORDER

1. This document complies with the word limit of Local Rule 7.3(b)(i) because, excluding the parts of the document exempted by the Local Rule 7.3(b)(i) this document contains 3,282 words.

2. This document has been prepared in a proportionally spaced typeface using Microsoft Word in 12-point Times New Roman.

/s/ *Conor T. Fitzpatrick*
CONOR T. FITZPATRICK
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
*Attorney for Plaintiffs*

DATED: December 13, 2023

# CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2023, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ *Conor T. Fitzpatrick*
CONOR T. FITZPATRICK
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION