UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

B.A.,

    Plaintiff,

v.                                                               Hon. Paul L. Maloney

TRI COUNTY AREA SCHOOLS, et al.,            Case No. 1:23-cv-423

    Defendants.

## ORDER

This matter is before the Court on Defendants' Motion for Extension of Time to Extend Dates in Scheduling Order (ECF No. 20). For the reasons stated on the record at the hearing held December 21, 2023, the motion (ECF No. 20) is granted in part and denied in part.  The deadlines in the Scheduling Order are extended as follows:

- All discovery to be completed by February 29, 2024; and
- Dispositive motion deadline extended to March 22, 2024.

    IT IS SO ORDERED.

Dated: December 21, 2023                                          /s/ Sally J. Berens
                                                                   SALLY J. BERENS
                                                                   U.S. Magistrate Judge