THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| D.A., a minor, by and through his mother B.A.; and X.A., a minor, by and through his mother B.A., *Plaintiffs*, v. TRI COUNTY AREA SCHOOLS; ANDREW BUIKEMA, in his individual capacity; and WENDY BRADFORD, in her individual capacity. *Defendants*. | Case Number:  23-cv-423 Judge Paul L. Maloney Magistrate Judge Sally J. Berens |

## ORDER GRANTING EXTENSION OF DEADLINE TO FILE RESPONSE BRIEFS

This matter comes to the Court on the stipulation of the parties. Based on the stipulation of the parties and L Civ. R. 7.1(c), and the Court being duly advised in the premises: IT IS HEREBY ORDERED that the deadline for parties to respond to one another's motion for summary judgment is extended by seven days, resulting in a new deadline of April 26, 2024.

**IT IS SO ORDERED.**

Dated:   March 29, 2024                                             /s/ Paul L. Maloney
                                                                                 United States District Judge

I HEREBY STIPULATE TO ENTRY
OF THE ABOVE ORDER:

/s/ Conor T. Fitzpatrick
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

*Counsel for Plaintiffs*


/s/ Annabel Shea
GIARMARCO, MULLINS & HORTON, P.C.
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
ashea@gmhlaw.com

*Counsel for Defendants*