THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| D.A., a minor, by and through his mother B.A.; and X.A., a minor, by and through his mother B.A., | |
| *Plaintiffs*, | Case Number:  23-cv-423 |
| v. | Judge Paul L. Maloney |
| TRI COUNTY AREA SCHOOLS; ANDREW BUIKEMA, in his individual capacity; and WENDY BRADFORD, in her individual capacity. | Magistrate Judge Sally J. Berens |
| *Defendants*. | |

**ORDER GRANTING EXTENSION OF DEADLINE TO FILE REPLY BRIEFS**

This matter comes to the Court on the stipulation of the parties. Based on the stipulation of the parties and L Civ. R. 7.1(c), and the Court being duly advised in the premises: IT IS HEREBY ORDERED that the deadline for parties to reply to the responses to one another's motion for summary judgment is extended by seven days, resulting in a new deadline of May 17, 2024.

**IT IS SO ORDERED.**

Dated:  _____

_____
United States District Judge

I HEREBY STIPULATE TO ENTRY
OF THE ABOVE ORDER:

/s/ Conor T. Fitzpatrick
FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

*Counsel for Plaintiffs*


/s/ Annabel Shea
GIARMARCO, MULLINS & HORTON, P.C.
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
ashea@gmhlaw.com

*Counsel for Defendants*