THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| D.A., a minor, by and through his mother B.A.; and X.A., a minor, by and through his mother B.A., <br><br> *Plaintiffs*, <br> v. <br><br> TRI COUNTY AREA SCHOOLS; ANDREW BUIKEMA, in his individual capacity; and WENDY BRADFORD, in her individual capacity. <br><br> *Defendants*. | Case Number: 23-cv-423 <br><br> Judge Paul L. Maloney <br> Magistrate Judge Sally J. Berens |

**ORDER GRANTING ATTORNEY KELLEY BREGENZER'S UNOPPOSED MOTION TO WITHDRAW REPRESENTATION**

Before the Court is attorney Kelley Bregenzer's Motion to Withdraw Representation, May 20, 2024.

Finding good cause, the motion is **GRANTED**.

It is so ORDERED on this 21st day of May, 2024.

/s/ Paul L. Maloney
PAUL L. MALONEY
United States District Judge