UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.A. a minor, by and through his mother )
B.A., and X.A., a minor, by and through )
his mother, B.A., )
      Plaintiffs, )
           ) No. 1:23-cv-423
-v- )
           ) Honorable Paul L. Maloney
TRI COUNTY AREA SCHOOLS, *et al.*, )
      Defendants. )
           )

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

  **THIS ACTION IS TERMINATED.**

  **IT IS SO ORDERED.**

Date: August 23, 2024        /s/ Paul L. Maloney
                    Paul L. Maloney
                    United States District Judge