UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| D.A., a minor, by and through his mother, B.A., and X.A., a minor, by and through his mother, B.A.,<br><br>Plaintiffs,<br><br>v.<br><br>TRI COUNTY AREA SCHOOLS, *et al.*,<br><br>Defendants. | Case No.: 1:23-cv-00423<br><br>Hon. Paul L. Maloney |

## PLAINTIFFS' NOTICE OF APPEAL

In accordance with Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiffs D.A., a minor, by and through his mother, B.A., and X.A., a minor, by and through his mother, B.A., respectfully give notice that they appeal to the United States Court of Appeals for the Sixth Circuit from the United States District Court for the Western District of Michigan's judgment entered on August 23, 2024, dismissing all of Plaintiffs' claims with prejudice. In appealing from that final judgment, Plaintiffs also appeal from all orders ancillary to that judgment, including the Amended Opinion and Order of this Court denying Plaintiffs' Motion for Summary Judgment and granting Defendants' Motion for Summary Judgment [Dkt. 58] and Judgment Entry [Dkt. 57].

Dated: September 4, 2024

Respectfully submitted,

/s/ Conor T. Fitzpatrick
Conor T. Fitzpatrick
Mich. P78981 / D.C. 90015616
Foundation for Individual Rights
  and Expression
700 Pennsylvania Ave., SE Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
conor.fitzpatrick@thefire.org

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 4, 2024, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

                                              /s/ Conor T. Fitzpatrick
                                              Conor T. Fitzpatrick
                                              FOUNDATION FOR INDIVIDUAL
                                                  RIGHTS AND EXPRESSION